1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA PEREZ (2),<br><br>　　　　　　　　Defendant. | Case No.: 21-CR-546-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable Todd W. Robinson |

　　　The United States of America's Motion to Dismiss the Information (ECF No. 21), without prejudice, is **GRANTED**.  The Court dismisses the Information without prejudice.

DATED:  3/30/201

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Todd W. Robinson**
　　　　　　　　　　　　　　　　　　United States District Court Judge